AO 106 (Rev. 04/10) Application for a Search Warrant

17-213n-01 JGM

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

**Residence located at 50 Childs Street, New Britain, Connecticut.**

Case No. 3:17MJ __93__ (JGM)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

**Residence located at 50 Childs Street, New Britain, Connecticut, as more fully described in the Affidavit and Attachment A.**

located in the _____ District of __Connecticut__, there is now concealed *(identify the person or describe the property to be seized)*:

**Evidence, fruits and instrumentalities of a crime as more fully described in the Affidavit and in Attachments A & B.**

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1001(a)(1) & (2) | False Statements |

*U.S. DISTRICT COURT NEW HAVEN, CT.  2018 JAN 26 P 12:12  FILED*

The application is based on these facts:

**See Attached Affidavit and Attachments thereto of Special Agent Andrew E. Litowitz, Federal Bureau of Investigation.**

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of ____ days (give exact ending date if more than 30 days: ____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

**Special Agent Andrew E. Litowitz, FBI**
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __11/17/2017__

City and state: **New Haven, Connecticut**

/s/ Judge Joan G. Margolis
*Judge's signature*

Hon. Joan G. Margolis, U.S. Magistrate Judge
*Printed name and title*