| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 3:18-MJ-93 (JGM) |
| v. | : | **FILED UNDER SEAL** |
| SEARCH WARRANT | : | March 7, 2022 |

## MOTION TO UNSEAL CASE AND SEAL DOCUMENTS

The government hereby moves to (i) UNSEAL the above-captioned case; (ii) CONTINUE SEALING the affidavit in support of the search warrant [Dkt No. 1-1]; and (iii) PUBLICLY FILE a redacted version of Dkt No. 1-1.

*First,* in accordance with Rule 57 of the Local Rules of Criminal Procedure, the United States respectfully requests that Case No. 3:18-MJ-93 (JGM) be unsealed as the reasons for the original sealing of the case have dissipated.

*Second,* with respect to the affidavit in support of the search warrant [Dkt. No. 1-1], the government moves to continue sealing this document until further order of the Court. Pursuant to Local Rule 57 of Criminal Procedure, the continued sealing of Dkt. 1-1 is justified because the cooperating witness in the case, CW-1, is continuing to provide cooperation with law enforcement authorities, has yet to be sentenced, and the public disclosure of information provided by CW-1 could potentially be used to determine the identity of CW-1. Therefore, continued sealing of Dkt. 1-1 is necessary to protect the identity of the cooperating witness and to protect the nature and details of the investigation.

For the reasons outlined above, the Government respectfully requests that the original Dkt. 1-1 remained sealed and that the attached redacted version of the document be publicly docketed in its place, and that the remainder of the docket entries be unsealed. The United States respectfully

1

also requests that the present motion be filed and maintained under seal until further order of the Court.

Respectfully submitted,

LEONARD C BOYLE
UNITED STATES ATTORNEY

/s/ Edward Chang
EDWARD CHANG
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. ct26472
United States Attorney's Office
157 Church Street, 25th Floor
New Haven, CT 06510
Tel: (203) 821-3700
edward.chang@usdoj.gov